1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6   LOUIS RICHARD FRESQUEZ,

7              Plaintiff,                    1:08 CV 1699 AWI WMW PC

8         vs.                               ORDER TO SHOW CAUSE

9

10  DR. ADAMS, et al.,

11             Defendants.

12

13

14       Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

15  § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

16  § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C.

17  § 1915(a).

18       Plaintiff, an inmate in the custody of the California Department of Corrections and

19  Rehabilitation at Corcoran State Prison, brings this civil rights action against medical officials

20  employed by the CDCR at Corcoran State Prison.

21       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a

22  civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated

23  or detained in a facility, brought an action or appeal in a court of the United States that was

24  dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief

25  may be granted, unless the prisoner is under imminent danger of serious injury."

26

1    This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of

2 his confinement.   All three action were dismissed as frivolous, or for failure to state a claim

3 upon which relief can be granted.   Among the dismissals suffered by plaintiff that count as

4 strikes under 1915(g) are <u>Fresquez v. Mayes</u>, CV F 98 6102 OWW HGB P; <u>Fresquez v. Geraldia</u>,

5 CV F 03 5334 AWI LJO P; <u>Fresquez v. Moeroyk</u>, CV F 04 5123 AWI LJO P.

6    In his complaint, Plaintiff fails to set forth any specific factual allegation.  The complaint

7 consists of a cover sheet titled as a complaint pursuant to the Americans with Disabilities Act.

8 Plaintiff attaches approximately 100 pages of what appears to be copies from his medical record.

9 Plaintiff fails to allege any facts indicating that he is in imminent danger of serious injury.

10    Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why he

11 should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full.

12

13 IT IS SO ORDERED.

14 **Dated:    November 17, 2008**          **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE