IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | 1:08-cv-01699-AWI-WMW-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | (DOCUMENT #7) |
| MERCY HOSPITAL, et al., | 30-DAY DEADLINE |
| Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 17, 2008, plaintiff filed a motion to extend time to respond to the order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the order to show cause.

IT IS SO ORDERED.

**Dated:   January 5, 2009**          /s/  William M. Wunderlich
          UNITED STATES MAGISTRATE JUDGE