IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS RICHARD FRESQUEZ,

         Plaintiff,             1: 08 CV 1699 AWI WMW PC

         vs.                  ORDER RE MOTIONS (DOCS 9, 10)

MERCY HOSPITAL BAKERSFIELD, et al.,

         Defendants.

     Plaintiff is a state prisoner proceeding pro se in a civil action against officials of the

California Department of Corrections and Rehabilitation. Plaintiff also seeks relief against

Mercy Hospital Bakersfield and Cardionuclear Laboratory.

     On November 17, 2008, an order to show cause was entered, directing Plaintiff to show

cause why he should not be denied leave to proceed in forma pauperis pursuant to 28 U.S.C. §

1915(g). On January 6, 2009, Plaintiff was granted an extension of time in which to file a

response to the order to show cause. On February 6, 2009, Plaintiff filed a motion for stay and a

motion for an evidentiary hearing.

     In his motions, Plaintiff appears to be arguing that this is an action brought pursuant to

the Americans With Disabilities Act. Plaintiff is that 28 U.S.C. § 1915(g) applies a "civil action

or proceeding," and is not limited in its application to § 1983 actions. Plaintiff may not proceed

1  in forma pauperis unless he has alleged facts that satisfy section 1915(g).  Plaintiff has not done

2  so.  The court will, however, grant Plaintiff one further opportunity to file a response to the order

3  to show cause.

4       Accordingly, IT IS HEREBY ORDERED that:

5       1.  Plaintiff's motion for a stay and motion for an evidentiary hearing are denied.

6       2.  Plaintiff is granted an extension of time of thirty days in which to file a response to the

7  November 17, 2008, order to show cause.

8   IT IS SO ORDERED.

9  **Dated:    April 7, 2009**              **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE