# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS RICHARD FRESQUEZ, | CASE NO. 1:08-cv-1699-AWI-MJS (PC) |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |
| v. | |
| MERCY HOSPITAL BAKERSFIELD, et al., | |
| Defendants. | |

Plaintiff Louis Richard Fresquez, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2009, the Court issued an order finding that Plaintiff was precluded from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g) and ordering Plaintiff to pay the $350.00 filing fee in full within thirty days.[1]  Plaintiff was warned that if he failed to pay the filing fee, this action would be dismissed. Plaintiff has been given multiple extensions to allow him time to pay the filing fee. On May 27, 2010, Plaintiff was given a final extension and warned that failure to pay the $350 filing fee within thirty days would result in dismissal of this action.

More than thirty days have passed and Plaintiff has not paid the filing fee or otherwise

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

The following cases support the Court's finding that Plaintiff became subject to section 1915(g) prior to the date he filed this action: Fresquez v. Mayes, 98-cv-6102-OWW-HGP (PC) (failure to state a claim); Fresquez v. Geraldia, 03-cv-5534-AWI-LJO (PC) (failure to state a claim); and Fresquez v. Solario, 05-cv-1441-AWI-GSA (PC) (failure to state a claim).

responded to the Court's order. Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915g.

IT IS SO ORDERED.

Dated:    July 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE